IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Rosario, Angel | Case Number:  08 B 14750 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  6/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 22, 2009
Confirmed:   August 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,440.00 | |
| Secured: | | 1,147.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,132.55 |
| Trustee Fee: | | 159.82 |
| Other Funds: | | 0.00 |
| Totals: | 2,440.00 | 2,440.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 3,838.50 | 1,132.55 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Green Tree Servicing LLC | Secured | 1,771.00 | 1,012.00 |
| 4. | Cook County Treasurer | Secured | 2,667.14 | 135.63 |
| 5. | Saxon Mortgage Services Inc | Secured | 45,363.15 | 0.00 |
| 6. | Green Tree Servicing LLC | Secured | 4,000.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 169.50 | 0.00 |
| 8. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 9. | Encore | Unsecured | | No Claim Filed |
| 10. | Encore | Unsecured | | No Claim Filed |
| 11. | American Collection Corp | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| | | | $ 57,809.29 | $ 2,280.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 79.30 |
| 6.6% | 80.52 |
| | $ 159.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rosario, Angel | Case Number:  08 B 14750 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  6/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

*[signature]*